nothing is presented for review. The judgment is affirmed.

---

**1**

J. T. LOVEJOY v. STATE. (No. 10460.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. Wm. Leo Sparks, of Amarillo, for appellant. Sam D. Stinson State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for the possession of intoxicating liquor for the purpose of sale, with the punishment assessed at confinement in the penitentiary for one year. Appellant makes known to this court, by his affidavit filed herein, that he desires to withdraw his appeal. Complying therewith, dismissal thereof is ordered.

---

**2**

Allen MOSELEY v. STATE. (No. 10575.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Waller County; J. L. Manry, Judge. J. M. Hawkins, of Houston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Waller county for manufacturing intoxicating liquor; punishment, three years in the penitentiary. The record contains neither statement of facts nor bills of exception. The indictment properly charges the offense, and the law thereof seems correctly submitted in the charge. No error appearing, the judgment will be affirmed.

---

**3**

Johnny OGLESBY, alias Johnny Howard, v. STATE. (No. 10403.) (Court of Criminal Appeals of Texas. Nov. 17, 1926.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. V. L. Shurtleff, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is theft, a felony; punishment fixed at confinement in the penitentiary for a period of four years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out. The judgment is affirmed.

---

**4**

Floyd R. ORR v. STATE. (No. 10408.) (Court of Criminal Appeals of Texas. Nov. 17, 1926.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. John Doyle, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Collin county for manufacturing intoxicating liquor; punishment, two years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment is in conformity with law, and is fol-

lowed by the charge of the court. No error appearing, the judgment will be affirmed.

---

**5**

Frank PROCELLA v. STATE. (No. 10397.) (Court of Criminal Appeals of Texas. Nov. 10, 1926.) Appeal from District Court, Nacogdoches County; C. A. Hodges, Judge. C. C. Watson, of Nacogdoches, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without statement of facts or bills of exceptions. The indictment appears regular. No fundamental error has been discovered or pointed out. The judgment is affirmed.

---

**6**

Paul RHODES v. STATE. (No. 10474.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Angelina County; C. A. Hodges, Judge. I. D. Fairchild, of Lufkin, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Angelina county for burglary; punishment, two years in the penitentiary. The record is devoid of bills of exception and statement of facts. The indictment properly charges the offense, and the charge of the court correctly submits the law. No error appearing, the judgment will be affirmed.

---

**7**

Marvin SHURBET v. STATE. (No. 10352.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from Floyd County Court; E. C. Nelson, Jr., Judge. Mathews & Folley, of Floydada, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Appellant was convicted in the county court of Floyd county of misdemeanor theft, and his punishment fixed at a fine of $15 and seven days' imprisonment in the county jail. The case is before us without any bills of exception or statement of facts. The county judge, before whom the case was tried, makes a statement which we consider in connection with the motion for new trial, and from which it appears that there was a voluntary plea of guilty by appellant after a full explanation of the results of such plea. Nothing in this record appears which would justify this court in holding that the action of the county judge was unwarranted and without sufficient legal ground therefor. The judgment will be affirmed.